NUMBER 13-06-329-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


___________________________________________________________________


LELAH MAE BROUSSARD KLEAS, ET AL., Appellants,


v.



BEASLEY AND HULL, PLLC, ET AL., Appellees.

___________________________________________________________________


On appeal from the 250th District Court 


of Travis County, Texas.


___________________________________________________________________


MEMORANDUM OPINION



Before Justices Rodriguez, Castillo, and Garza


Memorandum Opinion Per Curiam




 Appellants, LELAH MAE BROUSSARD KLEAS, ET AL., perfected an appeal from
a judgment entered by the 250th District Court of Travis County, Texas, in cause
number D-1-GN-05-02770. After the clerk's record was filed, the parties filed a joint
motion to remand. In the motion, the parties state that they have agreed to settle this
matter and request that this case be remanded back to the district courts of Travis
County, Texas.

 The Court, having examined and fully considered the documents on file and the
parties' joint motion, is of the opinion that the motion should be granted. The joint
motion is granted, and the judgment of the trial court is hereby REVERSED, and the
cause is REMANDED to the trial court in accordance with the parties' settlement
agreement. 

 PER CURIAM

Memorandum Opinion delivered and filed 

this the 16th day of November, 2006.